

**ORDERED in the Southern District of Florida on November 24, 2015.**

*A. Jay Cristol*
**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                            Case No.  10-20941 -BKC- AJC
Biscayne Park, LLC                                Chapter   11
                                                  Adversary Proceeding No.
                                                  U.S. District Court Case No. 15-cv-22671-RNS

_____Debtor_____/

             Plaintiff,
vs.

_____Defendant_____/

**ORDER DISMISSING BANKRUPTCY APPEAL ON NOTICE/STIPULATION
OF VOLUNTARY DISMISSAL**

The Appellant(s) Biscayne Park LLC                                     ,

has/have filed a Notice of Voluntary Dismissal of Appeal.  The notice refers to the appeal

filed on  07/14/2015          .

After careful review of the record and being otherwise fully advised in the premises, it is:

**ORDERED** that this Appeal is DISMISSED, pursuant to Bankruptcy Rule 8001(c)(1).

### ###

**Copies to:**
All parties to the appeal
U.S. trustee